IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| IN THE MATTER OF THE § | |
| COMPLAINT OF AET INC. LIMITED § | |
| AS OWNER, AND AET § | CIVIL ACTION NO. 1:10-CV-0051 |
| SHIPMANAGEMENT (SINGAPORE) § | |
| PTE. LTD AS MANAGER, OF THE § | ADMIRALTY RULE 9(h) |
| M/V EAGLE OTOME, FOR § | |
| EXONERATION FROM OR § | |
| LIMITATION OF LIABILITY § | |

**MOTION TO ENTER ORDER OF
DISMISSAL WITH PREJUDICE AS TO SUNOCO PIPELINE L.P.
AND SUNOCO PARTNERS MARKETING & TERMINALS L.P.**

TO THE HONORABLE JUDGE OF THIS COURT:

COME NOW, Sunoco Pipeline L.P. and Sunoco Partners Marketing & Terminals L.P. (collectively "Sunoco") move the Court to enter an Order of Dismissal and shows as follows.

**I.**

All matters in controversy between the Petitioners and Sunoco Pipeline L.P. and Sunoco Partners Marketing & Terminals L.P. have been resolved.

Sunoco Pipeline L.P. and Sunoco Partners Marketing & Terminals L.P. request that the Court execute and enter the attached Order of Dismissal with Prejudice regarding all matters between Petitioners and Sunoco. Each party is to bear their respective costs incurred by this suit.

**II.**

WHEREFORE, PREMISES CONSIDERED, Sunoco Pipeline L.P. and Sunoco Partners Marketing & Terminals L.P. request that the Court enter an order of dismissal with prejudice, and that the Court grant any such other relief to which they may be entitled.

Respectfully submitted,

**STRONG PIPKIN BISSELL & LEDYARD, L.L.P.**

*/s/ Michael T. Bridwell*

_____
Michael T. Bridwell
Texas Bar No. 0297600
595 Orleans, Suite 1400
Beaumont, Texas 77701
(409) 981-1000
(409) 981-1010
mrbridwell@strongpipkin.com

ATTORNEYS FOR SUNOCO PIPELINE L.P. AND SUNOCO PARTNERS MARKETING & TERMINALS L.P.

**CERTIFICATE OF CONFERENCE**

Counsel for Sunoco Pipeline L.P. and Sunoco Partners Marketing & Terminals L.P. has conferred with counsel for AET Inc. Limited as owner and AET Shipmanagement (Singapore) Pte. Ltd as manager of the m/v Eagle Otome who indicates that he is unopposed.

*/s/ Michael T. Bridwell*

_____
Michael T. Bridwell

**CERTIFICATE OF SERVICE**

I certify that an electronic copy of the foregoing was served on all counsel of record by submission to the Court ECF system on the 24th day of August, 2012.

*/s/ Michael T. Bridwell*

_____
Michael T. Bridwell