| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

IN THE MATTER OF THE COMPLAINT §
OF AET INC. LIMITED AS OWNER, §
AND AET SHIPMANAGEMENT §
(SINGAPORE) PTE. LTD. AS MANAGER, §   CIVIL ACTION NO. 1:10-CV-51
OF THE M/V EAGLE OTOME, FOR §
EXONERATION FROM OR LIMITATION §
OF LIABILITY §

# ORDER

Pending before the Court is Sunoco Pipeline L.P. and Sunoco Partners Marketing & Terminals L.P.'s ("Sunoco") motion to enter an order of dismissal with prejudice (#3502). Sunoco represents that all matters in controversy between it and the limitation plaintiffs AET Inc. Limited and AET Shipmanagement (Singapore) PTE. LTD. ("AET") have been resolved. No party has responded in opposition to the dismissal of Sunoco.

The motion to dismiss with prejudice (#3502) filed by Sunoco is GRANTED. Sunoco Pipeline L.P. and Sunoco Partners Marketing & Terminals L.P.'s claims in this matter are dismissed with prejudice and with each party to bear its own costs. The Clerk is directed to terminate those parties as active claimants. The Court retains jurisdiction to enforce any settlement.

SIGNED at Beaumont, Texas, this 7th day of November, 2012.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE