# CASHIOLA & BEAN

2090 BROADWAY, SUITE A
BEAUMONT, TEXAS 77701
(409) 813-1443
(409) 813-1467 FACSIMILE

RANDAL G. CASHIOLA
DIRECT LINE (409) 813-1468

GEORGE E. BEAN
DIRECT LINE (409) 813-1470

January 31, 2013

Clerk of the Court  *Via: Electronic Filing*
United States Courthouse
Eastern District of Texas
Beaumont Division
300 Willow Street, Suite 104
Beaumont, Texas 77701

Re:   Civil No.: 1:10CV0051; *Robert Prosperie vs. AET, Inc. Limited, et al;*
      In the Eastern District of Texas, Beaumont Division

Clerk of the Court:

The undersigned attorney hereby designates the following dates as vacation days:

- **May 6, 2013 - May 13, 2013**

If you should have any questions, please do not hesitate to contact me.

Sincerely,
*Randal Cashiola*
Randal Cashiola

RCG/km
Enclosures