IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| IN THE MATTER OF THE § <br> COMPLAINT OF AET INC., LTD., § <br> AS OWNER, AND AET § <br> SHIPMANAGEMENT PTE., LTD. AS § <br> MANAGER, OF THE M/V EAGLE § <br> OTOME, FOR EXONERATION FROM § <br> OR LIMITATION OF LIABILITY § | Civil Action No. 1:10-CV-51 |

**ORDER ON TEXAS TRUSTEES'**
**MOTION TO SUBSTITUTE LEAD COUNSEL**

After considering the Texas Trustees' Motion to Substitute Lead Counsel, the Court GRANTS the motion to substitute and ORDERS that Jane E. Atwood be substituted as the attorney in charge for the Texas General Land Office, the Texas Parks and Wildlife Department, and the Texas Commission on Environmental Quality, trustees of the natural resources of Texas ("Texas Trustees").

SIGNED on September 11, 2013.

_____
U.S. MAGISTRATE JUDGE